NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-5190

STOBIE CREEK INVESTMENTS LLC,
JFW ENTERPRISES, INC.,
Tax Matters and Notice Partner; and STOBIE CREEK
INVESTMENTS LLC, by and through JFW
INVESTMENTS, LLC, Tax Matters and Notice Partner,

Plaintiffs-Appellants,

v.

UNITED STATES

Defendant-Appellee.

Appeal from the United States Court of Federal Claims in 05-CV-748 and 07-CV-520, Judge Christine O.C. Miller.

ON MOTION

Before LINN, Circuit Judge.

## O R D E R

The United States moves without opposition for a 21-day extension of time, until May 15, 2009, to file its brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

APR 13 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 13 2009

JAN HORBALY
CLERK

cc:   Robert E. Kolek, Esq.
      Judith A. Hagley, Esq.

s19

2008-5190
2